UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RENE CHEATHAM-HILL,

        Plaintiff,                                **ORDER**
                                                          **17-CV-00556 (MKB)(PK)**

   - against -

SOUTHERN QUEENS PARK ASSOCIATION,
INC. (SQPA), et al.,
        Defendants.
-----------------------------------------------------------------X

**Peggy Kuo, United States Magistrate Judge:**

      The Honorable Margo K. Brodie has assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices Rules of Magistrate Judge Peggy Kuo." Both Plaintiff and Defendants are required to follow them, with one exception: *pro se* parties are automatically exempt from mandatory electronic filing. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant.

      Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

      The Court's records reflect that the Complaint in this action was filed on January 27, 2017. By order dated May 22, 2017, the Court directed Plaintiff to submit a long form application to proceed without prepayment of fees or to pay the $400.00 filing fee. (Dkt. 4.) On June 2, 2017, Plaintiff paid the $400.00 filing fee. (Dkt. 5.) Accordingly, Plaintiff is hereby granted 90 days from June 2, 2017, the date that she paid the filing fee, to serve Defendants. If Plaintiff does not serve the Defendants by August 31, 2017, or fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiff's current address means the Court will not know where to contact Plaintiff and may result in dismissal of the case. For information regarding court procedures, Plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

*Peggy Kuo*

PEGGY KUO
United States Magistrate Judge

Dated: June 14, 2017
      Brooklyn, New York